**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JERRY WAYNE TALLEY** | ) | |
| | ) | |
| **v.** | ) | **3:05-CV-0650-D** |
| | ) | |
| **WHITE MALE OFFICER** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

Signed June 21, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE